1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 20CR2219-JLS |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| **CHRISTINA KNOBLER,** | ) | **ORDER** |
| Defendant. | ) ) ) | |
| _____ | ) ) ) | |

The United States of America, by its counsel Assistant U.S. Attorney James Miao, and defendant Christina Knobler, by Frederick M. Carroll, jointly move to continue the Motion Hearing/Trial Setting set for October 16, 2020 at 1:30 p.m. to November 6, 2020 at 1:30 p.m.

IT IS SO ORDERED that the joint motion is granted.  The Motion Hearing shall be continued to November 6, 2020 at 1:30 p.m., with intervening time excluded under the Speedy Trial Act in the interests of justice.  Defendant shall file an acknowledgement of the new hearing date by October 30, 2020.

IT IS SO ORDERED.

Dated:  October 14, 2020

Hon. Janis L. Sammartino
United States District Judge

1