UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 20CR2219-JLS |
| Plaintiff, | ) | |
| v. | ) | |
| **CHRISTINA KNOBLER,** | ) | **ORDER CONTINUING** |
| Defendant. | ) | **SENTENCING HEARING** |
| _____ | ) | |

The United States of America, by its counsel Assistant U.S. Attorney Edward Chang, and defendant Christina Knobler, by Frederick M. Carroll, jointly move to continue the Sentencing Hearing set for February 5, 2021 at 9:00 a.m. to April 2, 2021 at 9:00 a.m.

IT IS SO ORDERED that the joint motion is granted.  The Sentencing Hearing shall be continued to April 2, 2021 at 9:00 a.m., with intervening time excluded under the Speedy Trial Act in the interests of justice.

IT IS SO ORDERED.

Dated:  January 4, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge

1